IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TERRANCE WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:21-cv-02113-JTF-atc ) ) |
| DERRIUS DAVIS, ET AL., | ) ) |
| Defendants. | ) ) ) |

**ORDER DISMISSING WITH PREJUDICE THE CONSOLIDATED COMPLAINT'S CLAIMS THAT WERE DISMISSED WITHOUT PREJUDICE IN THE SCREENING ORDER**

On February 25, 2021, Plaintiff Terrance Williams, who is incarcerated at the Shelby County Criminal Justice Center (the "Jail") in Memphis, Tennessee, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 and a motion for leave to proceed *in forma pauperis*. (ECF Nos. 1 & 2.) On April 14, 2021, the Court granted leave for Williams to proceed *in forma pauperis*. (ECF No. 5.) On April 21, 2021, Williams filed an amended complaint. (ECF No. 6.) On February 9, 2022, the Court: (1) consolidated Williams's initial complaint (ECF No. 1) and amended complaint (ECF No. 6) for screening purposes (the "Consolidated Complaint") under the Prison Litigation Reform Act, 28 U.S.C. §§ 1915, *et seq*.; (2) partially dismissed the Consolidated Complaint for failure to state a claim to relief; (3) proceeded the Consolidated Complaint's excessive force claim against Defendants Davis and Stewart in their individual capacities; (4) denied all pending motions (ECF Nos. 7 & 8); and (5) granted leave to amend within twenty-one days. (ECF No. 11 (the "Screening Order").) With respect to the Screening Order's partial dismissal of the Consolidated

Complaint, the Court dismissed the: (1) claims against Shelby County, (2) claims against Defendants Davis, Stewart, Munphrey, and Elliott in their official capacities, (3) Eighth Amendment claims against Defendants Munphrey and Elliott in their individual capacities, (4) verbal harassment claims against all Defendants, and (5) claims for inadequate prison grievance procedure (collectively, the "Dismissed Claims")).)

Williams's deadline to amend the Dismissed Claims expired on Wednesday, March 2, 2022.  Williams has not filed amended claims or sought an extension of time to do so.

For this reason, the Court DISMISSES the Dismissed Claims with prejudice for the reasons discussed in the Screening Order.

**SO ORDERED**, this  4th day of March, 2022.

                                                 *s/John T. Fowlkes, Jr.*
                                               JOHN T. FOWLKES, JR.
                                               UNITED STATES DISTRICT JUDGE